BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
MAY 0 9 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO CARBAJAL, <br> aka Pedro Carbajal, Jr., <br> aka Pedro Carbajal-Osorio, <br><br> Defendant. | CASE NO. 2:14-MJ-0106 AC <br><br> [PROPOSED] SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: May 8, 2014

_____
HON. ALLISON CLAIRE
United States Magistrate Judge