IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br>PEDRO CARBAJAL,<br><br>    Defendant. | Case №:2:14-mj-0106 AC<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  18 USC § 922(g)(5)

CJA Panel attorney Todd D. Leras is hereby appointed effective May 19, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

**Dated:  May 20, 2014**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Carbajal0106appoint.ord.docx

ORDER APPOINTING COUNSEL              1